**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**SUSANNE LUSE, OSB #142489**
Assistant United States Attorney
Susanne.Luse@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2936
Telephone: (503) 727-1019
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>MULTNOMAH COUNTY DEPARTMENT OF COMMUNITY JUSTICE; DENISE PENA, Director, Multnomah County Department of Community Justice; CLACKAMAS COUNTY SHERIFF ANGELA BRANDENBURG; CLACKAMAS COUNTY SHERIFF'S OFFICE PAROLE & PROBATION DIVISION; MARION COUNTY SHERIFF NICHOLAS HUNTER; MARION COUNTY SHERIFF'S OFFICE COMMUNITY CORRECTIONS DIVISION; NATHAN GAOIRAN, Director, Washington County Community Corrections; WASHINGTON COUNTY COMMUNITY CORRECTIONS PROBATION AND PAROLE;<br><br>Respondents. | Case No. 3:25-cv-<br><br>DECLARATION OF CAMMILLA WAMSLEY IN SUPPORT OF PETITION TO ENFORCE ADMINISTRATIVE SUBPOENAS |

**EXHIBIT A**

I, Cammilla Wamsley, submit this declaration in support of the United States of America Petition to Enforce Administrative Subpoenas, and hereby declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am currently the Field Office Director for the Seattle Field Office of Enforcement and Removal Operations (ERO), where I oversee immigration enforcement operations across Washington, Oregon, and Alaska. I manage a workforce of 220 full-time employees and an annual budget of $80 million. Prior to my current role, I served as the Acting Deputy Assistant Director (West), Field Office Director Philadelphia Field Office, encompassing 125 counties in Delaware, Pennsylvania, and West Virginia with 243 employees and three detention facilities; Acting Field Office Director for the ICE ERO Harlingen Field Office, covering 15 counties in south Texas, and previously worked at the Department of Homeland Security's Office of Policy in 2013, providing policy guidance to DHS components, including ICE, U.S. Secret Service, U.S. Coast Guard, U.S. Citizenship and Immigration Services, and Customs and Border Protection. My career began in 1992 with military service in the U.S. Army's 31st Air Defense Artillery, followed by a civilian role as a teacher for the Department of Defense in 2000. I transitioned to immigration enforcement in 2003 as an immigration inspector with the former Immigration and Naturalization Service and have since held positions such as Senior Inspector, Law Enforcement Program Manager, Supervisory Detention and Deportation Officer, Assistant Field Office Director, and Deputy Field Office Director. I hold a bachelor's degree from the University of Texas El Paso.

2. I learned the following information from my own training and experience, from other ERO officers with experience dealing with state departments of corrections over the years, and from ERO officers who ran DHS database queries between approximately September 9, 2025 and September 11, 2025.

**EXHIBIT A**

3. Between 2015 and June/July 2021, when Oregon House Bill 3265 was enacted, the Oregon Department of Corrections (ODOC) cooperated with ICE's enforcement of the immigration laws.

   a. ODOC would provide weekly lists of inmates with a foreign birth admitted to ODOC;

   b. ICE agents would investigate each criminal alien in ODOC custody and conduct a consensual interview of all potentially removable criminal aliens at the prison;

   c. ICE would serve a detainer on ODOC for each criminal alien determined to be removable;

   d. After completion of the removable criminal aliens' sentences, ODOC would transfer custody of the aliens directly to ICE in order for the criminal aliens to be removed from the United States in accordance with federal law.

4. Since June 2021, ODOC has not allowed ICE agents to interview potentially removable criminal aliens.

5. Since June 2021, ODOC has not honored any ICE detainers on criminal aliens in custody in Oregon and criminal aliens have been released back into Oregon communities.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 26th day of September 2025.

CAMMILLA H WAMSLEY
Digitally signed by CAMMILLA H WAMSLEY
Date: 2025.09.26 14:34:59 -07'00'

_____
Cammilla Wamsley
Field Operations Director
U.S. Immigration and Customs Enforcement
Enforcement and Removal Operations