| LEGEND | | | |
|---|---|---|---|
| **Alien No.** | **Alien Name** | **Subpoena No.** | **Subpoenaed Agency** |
| Criminal Alien 1 | | HIS-PT-2025-070239-001 | Clackamas Cty Sheriff Parole & Probation |
| Criminal Alien 2 | | HIS-PT-2025-070245-001 | Clackamas Cty Sheriff Parole & Probation |
| Criminal Alien 3 | | HSI-PT-2025-070506-001 | Washington Cty Community Corrections Probation and Parole |
| Criminal Alien 4 | | HSI-PT-2025-070270-001 | Multnomah Cty Department of Community Justice |
| Criminal Alien 5 | | HSI-PT-2025-070271-001 | Multnomah Cty Department of Community Justice |
| Criminal Alien 6 | | HSI-PT-2025-070275-001 | Multnomah Cty Department of Community Justice |
| Criminal Alien 7 | | HSI-PT-2025-070279-001 | Multnomah Cty Department of Community Justice |
| Criminal Alien 8 | | HSI-PT-2025-070250-001 | Marion Cty Sheriff's Office Community Corrections Division |
| Criminal Alien 9 | | HSI-PT-2025-070252-001 | Marion Cty Sheriff's Office Community Corrections Division |
| Criminal Alien 10 | | HSI-PT-2025-070257-001 | Marion Cty Sheriff's Office Community Corrections Division |



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
ASAC Portland
Portland, OR

# Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Sheriff Angela Brandenburg and/or Officer/Person in Charge- Clackamas County Sheriff's Office Parole & Probation Division c/o Clackamas County Counsel 2051 Kaen Road Oregon City, Oregon 97045 United States 503-655-8362 | **Date:** | 7/31/2025 |
| | | **Service Methods:** | See Notes |
| | | **Carrier Fax:** | |
| | | **Carrier Email:** | |
| | | **Agent Phone:** | (503) 326-2649 |
| | | **Agent Email:** | hsiportlandsubpoenaresponse@hsi.dhs.gov |
| **From:** | C. Jones | | |

☐ **Urgent**　　　☒ **Action**　　　☐ **Concurrence**　　　☐ **FYI**

**Comments:**

Attached is subpoena/summons #: HSI-PT-2025-070239-001

Please respond by 8/15/2025 10:00 AM PST



**U.S. Immigration and Customs Enforcement**

DHS Form I-138 (6/09) - Page 1 of 5

**Rignel Decl. Exhibit 1, Page 2**

| 1. To (Name, Address, City, State, Zip Code) | DEPARTMENT OF HOMELAND SECURITY |
|---|---|
| Sheriff Angela Brandenburg and/or Officer/Person in Charge- Clackamas County Sheriff's Office Parole & Probation Division<br>c/o Clackamas County Counsel<br>2051 Kaen Road<br>Oregon City, Oregon 97045<br>United States | **IMMIGRATION ENFORCEMENT SUBPOENA**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |

| Summons Number: HSI-PT-2025-070239-001 |
|---|

**2.** In Reference To

Criminal Alien #1

(Title of Proceeding)                          (File Number, if Applicable)

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| **(A)** | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official names in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2. |
|---|---|---|
| **(B)** | ☒ | **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS official named in Block 3 at the place, date, and time specified. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | C. Jones<br>Group Supervisor<br>4310 South Macadam Ave.<br>Portland, OR 97239<br>United States | Telephone<br><br>(503) 326-2649<br>Fax | 8/15/2025 10:00 AM PST |

| 4. Records required to be produced for inspection<br><br>Please see attached continuation page. |
|---|

| | 5. Authorized Official |
|---|---|
| <br><br>If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official Identified in Block3. | *Colin J*<br>_____<br>(Signature)<br><br>Colin Jackson<br>_____<br>(Printed Name)<br><br>Acting Special Agent in Charge<br>_____<br>(Title)<br><br>7/30/2025 7:01 PM EST<br>_____<br>(Date) |

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest
 U.S. Immigration and Customs Enforcement

DHS Form I-138 (6/09) - Page 2 of 5

Rignel Decl. Exhibit 1, Page 3

| 1. | To (Name, Address, City, State, Zip Code) | DEPARTMENT OF HOMELAND SECURITY |
|---|---|---|
| | Sheriff Angela Brandenburg and/or Officer/Person in Charge- Clackamas County Sheriff's Office Parole & Probation Division c/o Clackamas County Counsel 2051 Kaen Road Oregon City, Oregon 97045 United States | **IMMIGRATION ENFORCEMENT SUBPOENA (Continuation)** To Appear and/or Produce Records 8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |

Summons Number: HSI-PT-2025-070239-001

3.  Records required to be produced for inspection (continued)

The following applies if checked.

| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |
|---|---|

Pursuant to an official investigation being conducted by the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) regarding

Criminal Alien #1

it is requested your company/agency furnish the following regarding the above-listed individual:
1.      Documents sufficient to show the following:
a.      Home Address(es) during the period of supervision,
b.      Phone Number(s) during the period of supervision,
c.      Driver's License Number and State,
d.      Name of employer(s) during the period of supervision,
e.      Employment Address(es) during the period of supervision,
f.      Country of Birth, Place of Birth, Date of Birth
g.      Emergency Contact Number,
h.      Bail or bond records to include the obligor name and address

2.      Documents sufficient to show the underlying criminal charge relating to Criminal Alien #1 supervision, including but not limited to unredacted police reports, booking sheets, booking photos, probable cause statements, jail disciplinary records, or release agreements or release documents.

PLEASE SEND ALL RESPONSES TO: hsiportlandsubpoenaresponse@hsi.dhs.gov

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to hsiportlandsubpoenaresponse@hsi.dhs.gov.

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Group Supervisor C. Jones at U.S. Immigration and Customs Enforcement: 4310 South Macadam Ave. , Portland, OR, 97239

If you have questions, please contact Group Supervisor C. Jones at (503) 326-2649.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
ASAC Portland
Portland, OR

# Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Sheriff Angela Brandenburg and/or Officer/Person in Charge- Clackamas County Sheriff's Office Parole & Probation Division c/o Clackamas County Counsel 2051 Kaen Road Oregon City, Oregon 97045 United States 503-655-8362 | **Date:** | 7/31/2025 |
| | | **Service Methods:** | See Notes |
| | | **Carrier Fax:** | |
| | | **Carrier Email:** | |
| | | **Agent Phone:** | (503) 326-2649 |
| | | **Agent Email:** | hsiportlandsubpoenaresponse @hsi.dhs.gov |

**From:**    C. Jones

☐ **Urgent**        ☒ **Action**            ☐ **Concurrence**        ☐ **FYI**

**Comments:**

Attached is subpoena/summons #: HSI-PT-2025-070245-001

Please respond by 8/15/2025 8:00 AM PST



**U.S. Immigration and Customs Enforcement**

DHS Form I-138 (6/09) - Page 1 of 5

**Rignel Decl. Exhibit 1, Page 7**

| 1. To (Name, Address, City, State, Zip Code)<br>Sheriff Angela Brandenburg and/or Officer/Person in Charge- Clackamas County Sheriff's Office Parole & Probation Division<br>c/o Clackamas County Counsel<br>2051 Kaen Road<br>Oregon City, Oregon 97045<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT SUBPOENA**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|

Summons Number: HSI-PT-2025-070245-001

**2.** In Reference To

| Criminal Alien #2 | | |
|---|---|---|
| (Title of Proceeding) | | (File Number, if Applicable) |

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| **(A)** | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official names in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2. |
|---|---|---|
| **(B)** | ☒ | **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS official named in Block 3 at the place, date, and time specified. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | C. Jones<br>Group Supervisor<br>4310 South Macadam Ave.<br>Portland, OR 97239<br>United States | Telephone<br><br>(503) 326-2649<br>Fax | 8/15/2025 8:00 AM PST |

4. Records required to be produced for inspection

Please see attached continuation page.

| | 5. Authorized Official |
|---|---|
| <br><br>If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official Identified in Block3. | *Colin Jackson* (signature)<br>_____<br>(Signature)<br><br>Colin Jackson<br>_____<br>(Printed Name)<br><br>Acting Special Agent in Charge<br>_____<br>(Title)<br><br>7/30/2025 7:00 PM EST<br>_____<br>(Date) |



| 1. To (Name, Address, City, State, Zip Code) Sheriff Angela Brandenburg and/or Officer/Person in Charge- Clackamas County Sheriff's Office Parole & Probation Division c/o Clackamas County Counsel 2051 Kaen Road Oregon City, Oregon 97045 United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT SUBPOENA (Continuation)**<br><br>To Appear and/or Produce Records 8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|

Summons Number: HSI-PT-2025-070245-001

3.  Records required to be produced for inspection (continued)

The following applies if checked.

| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |
|---|---|

Pursuant to an official investigation being conducted by the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) regarding

Criminal Alien #2

it is requested your company/agency furnish the following regarding the above-listed individual:
1.      Documents sufficient to show the following:
a.      Home Address(es) during the period of supervision,
b.      Phone Number(s) during the period of supervision,
c.      Driver's License Number and State,
d.      Name of employer(s) during the period of supervision,
e.      Employment Address(es) during the period of supervision,
f.      Country of Birth, Place of Birth, Date of Birth
g.      Emergency Contact Number,
h.      Bail or bond records to include the obligor name and address

2.      Documents sufficient to show the underlying criminal charge relating to Criminal Alien #2 supervision, including but not limited to unredacted police reports, booking sheets, booking photos, probable cause statements, jail disciplinary records, or release agreements or release documents.

PLEASE SEND ALL RESPONSES TO: hsiportlandsubpoenaresponse@hsi.dhs.gov

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to hsiportlandsubpoenaresponse@hsi.dhs.gov.

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Group Supervisor C. Jones at U.S. Immigration and Customs Enforcement: 4310 South Macadam Ave. , Portland, OR, 97239

If you have questions, please contact Group Supervisor C. Jones at (503) 326-2649.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
ASAC Portland
Portland, OR

# Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Director Nathan Gaoiran and/or Officer/Person in Charge-Washington County Community Corrections Probation and Parole c/o Washington County Counsel 155 N First Avenue Suite 340 Hillsboro, Oregon 97124 United States 503-846-8747 | **Date:** | 7/31/2025 |
| | | **Service Methods:** | See Notes |
| | | **Carrier Fax:** | |
| | | **Carrier Email:** | |
| | | **Agent Phone:** | (503) 326-2649 |
| | | **Agent Email:** | hsiportlandsubpoenaresponse@hsi.dhs.gov |
| **From:** | C. Jones | | |

☐ **Urgent**        ☒ **Action**        ☐ **Concurrence**        ☐ **FYI**

**Comments:**

Attached is subpoena/summons #: HSI-PT-2025-070506-001

Please respond by 8/15/2025 10:00 AM PST



**U.S. Immigration and Customs Enforcement**

DHS Form I-138 (6/09) - Page 1 of 5

**Rignel Decl. Exhibit 1, Page 12**

| 1. To (Name, Address, City, State, Zip Code)<br>Director Nathan Gaoiran and/or Officer/Person in<br>Charge-Washington County Community Corrections<br>Probation and Parole<br>c/o Washington County Counsel<br>155 N First Avenue Suite 340<br>Hillsboro, Oregon 97124<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT<br>SUBPOENA**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|

| Summons Number: HSI-PT-2025-070506-001 |
|---|

**2.** In Reference To

| Criminal Alien #3 | |
|---|---|
| (Title of Proceeding) | (File Number, if Applicable) |

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| **(A)** | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official names in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2. |
|---|---|---|
| **(B)** | ☒ | **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS official named in Block 3 at the place, date, and time specified. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | C. Jones<br>Group Supervisor<br>4310 South Macadam Ave.<br>Portland, OR 97239<br>United States | Telephone<br><br>(503) 326-2649<br>Fax | 8/15/2025 10:00 AM PST |

| 4. Records required to be produced for inspection<br><br>Please see attached continuation page. |
|---|

| <br><br>If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official Identified in Block3. | 5. Authorized Official<br><br>_Colin_ _(signature)_<br>_____<br>(Signature)<br><br>Colin Jackson<br>_____<br>(Printed Name)<br><br>Acting Special Agent in Charge<br>_____<br>(Title)<br><br>7/30/2025 6:59 PM EST<br>_____<br>(Date) |
|---|---|

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest

 U.S. Immigration
and Customs
Enforcement

DHS Form I-138 (6/09) - Page 2 of 5

**Rignel Decl. Exhibit 1, Page 13**

| 1. | To (Name, Address, City, State, Zip Code)<br>Director Nathan Gaoiran and/or Officer/Person in Charge-<br>Washington County Community Corrections Probation and<br>Parole<br>c/o Washington County Counsel<br>155 N First Avenue Suite 340<br>Hillsboro, Oregon 97124<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT**<br>**SUBPOENA (Continuation)**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|---|

Summons Number: HSI-PT-2025-070506-001

3. Records required to be produced for inspection (continued)

The following applies if checked.

| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |
|---|---|

Pursuant to an official investigation being conducted by the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) regarding



it is requested your company/agency furnish the following regarding the above-listed individual:
1.      Documents sufficient to show the following:
a.      Home Address(es) during the period of supervision,
b.      Phone Number(s) during the period of supervision,
c.      Driver's License Number and State,
d.      Name of employer(s) during the period of supervision,
e.      Employment Address(es) during the period of supervision,
f.      Country of Birth, Place of Birth, Date of Birth
g.      Emergency Contact Number,
h.      Bail or bond records to include the obligor name and address

2.      Documents sufficient to show the underlying criminal charge relating to Criminal Alien #3 supervision, including but not limited to unredacted police reports, booking sheets, booking photos, probable cause statements, jail disciplinary records, or release agreements or release documents.

PLEASE SEND ALL RESPONSES TO: hsiportlandsubpoenaresponse@hsi.dhs.gov

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to hsiportlandsubpoenaresponse@hsi.dhs.gov.

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Group Supervisor C. Jones at U.S. Immigration and Customs Enforcement:  4310 South Macadam Ave. , Portland, OR, 97239

If you have questions, please contact Group Supervisor C. Jones at (503) 326-2649.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
ASAC Portland
Portland, OR

# Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Director Denise Pena and/or Officer/Person in Charge- Multnomah County Department of Community Justice c/o Multnomah County Attorney 501 SE Hawthorne Blvd Suite 500 Portland, Oregon 97214 United States 503-988-3138 | **Date:** | 8/04/2025 |
| | | **Service Methods:** | See Notes |
| | | **Carrier Fax:** | |
| | | **Carrier Email:** | |
| | | **Agent Phone:** | (503) 326-2649 |
| | | **Agent Email:** | hsiportlandsubpoenaresponse @hsi.dhs.gov |
| **From:** | C. Jones | | |

☐ **Urgent**        ☒ **Action**            ☐ **Concurrence**        ☐ **FYI**

**Comments:**

Attached is subpoena/summons #: HSI-PT-2025-070270-001

Please respond by 8/19/2025 10:00 AM PST



**U.S. Immigration and Customs Enforcement**

| 1. To (Name, Address, City, State, Zip Code) | DEPARTMENT OF HOMELAND SECURITY |
|---|---|
| Director Denise Pena and/or Officer/Person in Charge-Multnomah County Department of Community Justice c/o Multnomah County Attorney 501 SE Hawthorne Blvd Suite 500 Portland, Oregon 97214 United States | **IMMIGRATION ENFORCEMENT SUBPOENA** |
| | To Appear and/or Produce Records 8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |

| Summons Number: HSI-PT-2025-070270-001 |
|---|

**2.** In Reference To

Criminal Alien #4

(Title of Proceeding)                    (File Number, if Applicable)

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| **(A)** | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official names in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2. |
|---|---|---|
| **(B)** | ☒ | **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS official named in Block 3 at the place, date, and time specified. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name Title Address | C. Jones Group Supervisor 4310 South Macadam Ave. Portland, OR 97239 United States | Telephone (503) 326-2649 Fax | 8/19/2025 10:00 AM PST |

| 4. Records required to be produced for inspection |
|---|
| Please see attached continuation page. |

| | 5. Authorized Official |
|---|---|
|  If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official Identified in Block3. | *CaJh* _____ (Signature) Colin Jackson _____ (Printed Name) Acting Special Agent in Charge _____ (Title) 7/30/2025 7:07 PM EST _____ (Date) |

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest

 U.S. Immigration and Customs Enforcement

DHS Form I-138 (6/09) - Page 2 of 5

| 1. | To (Name, Address, City, State, Zip Code)<br>Director Denise Pena and/or Officer/Person in Charge-<br>Multnomah County Department of Community Justice<br>c/o Multnomah County Attorney<br>501 SE Hawthorne Blvd Suite 500<br>Portland, Oregon 97214<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT<br>SUBPOENA (Continuation)**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |

Summons Number: HSI-PT-2025-070270-001

3.  Records required to be produced for inspection (continued)

The following applies if checked.

| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |

Pursuant to an official investigation being conducted by the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) regarding

Criminal Alien #4

it is requested your company/agency furnish the following regarding the above-listed individual:
1.      Documents sufficient to show the following:
a.      Home Address(es) during the period of supervision,
b.      Phone Number(s) during the period of supervision,
c.      Driver's License Number and State,
d.      Name of employer(s) during the period of supervision,
e.      Employment Address(es) during the period of supervision,
f.      Country of Birth, Place of Birth, Date of Birth
g.      Emergency Contact Number,
h.      Bail or bond records to include the obligor name and address

2.      Documents sufficient to show the underlying criminal charge relating to Criminal Alien #4 supervision, including but not limited to unredacted police reports, booking sheets, booking photos, probable cause statements, jail disciplinary records, or release agreements or release documents.

PLEASE SEND ALL RESPONSES TO: hsiportlandsubpoenaresponse@hsi.dhs.gov

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to hsiportlandsubpoenaresponse@hsi.dhs.gov.

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Group Supervisor C. Jones at U.S. Immigration and Customs Enforcement:  4310 South Macadam Ave. , Portland, OR, 97239

If you have questions, please contact Group Supervisor C. Jones at (503) 326-2649.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
ASAC Portland
Portland, OR

# Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Director Denise Pena and/or Officer/Person in Charge- Multnomah County Department of Community Justice c/o Multnomah County Attorney 501 SE Hawthorne Blvd Suite 500 Portland, Oregon 97214 United States 503-988-3138 | **Date:** | 8/04/2025 |
| | | **Service Methods:** | See Notes |
| | | **Carrier Fax:** | |
| | | **Carrier Email:** | |
| | | **Agent Phone:** | (503) 326-2649 |
| | | **Agent Email:** | hsiportlandsubpoenaresponse@hsi.dhs.gov |
| **From:** | C. Jones | | |

☐ **Urgent**        ☒ **Action**        ☐ **Concurrence**        ☐ **FYI**

**Comments:**

Attached is subpoena/summons #: HSI-PT-2025-070271-001

Please respond by 8/19/2025 10:00 AM PST



**U.S. Immigration and Customs Enforcement**

DHS Form I-138 (6/09) - Page 1 of 5

**Rignel Decl. Exhibit 1, Page 22**

| 1. To (Name, Address, City, State, Zip Code)<br>Director Denise Pena and/or Officer/Person in Charge-<br>Multnomah County Department of Community Justice<br>c/o Multnomah County Attorney<br>501 SE Hawthorne Blvd Suite 500<br>Portland, Oregon 97214<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT<br>SUBPOENA**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|

Summons Number: HSI-PT-2025-070271-001

**2.** In Reference To

Criminal Alien #5 ▮▮▮▮▮▮▮

(Title of Proceeding)　　　　　　　　　　　(File Number, if Applicable)

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| **(A)** | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official names in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2. |
|---|---|---|
| **(B)** | ☒ | **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS official named in Block 3 at the place, date, and time specified. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | C. Jones<br>Group Supervisor<br>4310 South Macadam Ave.<br>Portland, OR 97239<br>United States | Telephone<br><br>(503) 326-2649<br>Fax | 8/19/2025 10:00 AM PST |

4. Records required to be produced for inspection

Please see attached continuation page.

| | 5. Authorized Official |
|---|---|
| <br><br>If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official Identified in Block3. | _Colin_ _(Signature)_<br><br>_____<br>(Signature)<br><br>Colin Jackson<br>_____<br>(Printed Name)<br><br>Acting Special Agent in Charge<br>_____<br>(Title)<br><br>7/30/2025 7:03 PM EST<br>_____<br>(Date) |

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest

 U.S. Immigration and Customs Enforcement

DHS Form I-138 (6/09) - Page 2 of 5

| 1. | To (Name, Address, City, State, Zip Code)<br>Director Denise Pena and/or Officer/Person in Charge-<br>Multnomah County Department of Community Justice<br>c/o Multnomah County Attorney<br>501 SE Hawthorne Blvd Suite 500<br>Portland, Oregon 97214<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT<br>SUBPOENA (Continuation)**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|---|

Summons Number: HSI-PT-2025-070271-001

3.  Records required to be produced for inspection (continued)

The following applies if checked.

| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |
|---|---|

Pursuant to an official investigation being conducted by the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) regarding

Criminal Alien #5

it is requested your company/agency furnish the following regarding the above-listed individual:
1.      Documents sufficient to show the following:
a.      Home Address(es) during the period of supervision,
b.      Phone Number(s) during the period of supervision,
c.      Driver's License Number and State,
d.      Name of employer(s) during the period of supervision,
e.      Employment Address(es) during the period of supervision,
f.      Country of Birth, Place of Birth, Date of Birth
g.      Emergency Contact Number,
h.      Bail or bond records to include the obligor name and address

2.      Documents sufficient to show the underlying criminal charge relating to Criminal Alien #5 supervision, including but not limited to unredacted police reports, booking sheets, booking photos, probable cause statements, jail disciplinary records, or release agreements or release documents.

PLEASE SEND ALL RESPONSES TO: hsiportlandsubpoenaresponse@hsi.dhs.gov

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to hsiportlandsubpoenaresponse@hsi.dhs.gov.

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Group Supervisor C. Jones at U.S. Immigration and Customs Enforcement:  4310 South Macadam Ave. , Portland, OR, 97239

If you have questions, please contact Group Supervisor C.  Jones at (503) 326-2649.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
ASAC Portland
Portland, OR

# Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Director Denise Pena and/or Officer/Person in Charge- Multnomah County Department of Community Justice<br>c/o Multnomah County Attorney<br>501 SE Hawthorne Blvd Suite 500<br>Portland, Oregon 97214<br>United States<br>503-988-3138 | **Date:** | 8/04/2025 |
| | | **Service Methods:** | See Notes |
| | | **Carrier Fax:** | |
| | | **Carrier Email:** | |
| | | **Agent Phone:** | (503) 326-2649 |
| | | **Agent Email:** | hsiportlandsubpoenaresponse@hsi.dhs.gov |
| **From:** | C. Jones | | |

☐ **Urgent**      ☒ **Action**      ☐ **Concurrence**      ☐ **FYI**

**Comments:**

Attached is subpoena/summons #: HSI-PT-2025-070275-001

Please respond by 8/19/2025 10:00 AM PST



**U.S. Immigration
and Customs
Enforcement**

DHS Form I-138 (6/09) - Page 1 of 5

**Rignel Decl. Exhibit 1, Page 27**

| 1. To (Name, Address, City, State, Zip Code) | DEPARTMENT OF HOMELAND SECURITY |
|---|---|
| Director Denise Pena and/or Officer/Person in Charge-Multnomah County Department of Community Justice c/o Multnomah County Attorney 501 SE Hawthorne Blvd Suite 500 Portland, Oregon 97214 United States | **IMMIGRATION ENFORCEMENT SUBPOENA** <br><br> To Appear and/or Produce Records <br> 8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |

Summons Number: HSI-PT-2025-070275-001

**2.** In Reference To

Criminal Alien #6

(Title of Proceeding)  (File Number, if Applicable)

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| **(A)** | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official names in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2. |
|---|---|---|
| **(B)** | ☒ | **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS official named in Block 3 at the place, date, and time specified. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name Title Address | C. Jones Group Supervisor 4310 South Macadam Ave. Portland, OR 97239 United States | Telephone (503) 326-2649 Fax | 8/19/2025 10:00 AM PST |

4. Records required to be produced for inspection

Please see attached continuation page.

| | 5. Authorized Official |
|---|---|
|  <br><br> If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official Identified in Block3. | _Colin Jackson (signature)_ <br> (Signature) <br><br> Colin Jackson <br> (Printed Name) <br><br> Acting Special Agent in Charge <br> (Title) <br><br> 7/30/2025 6:56 PM EST <br> (Date) |

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest



**U.S. Immigration and Customs Enforcement**

DHS Form I-138 (6/09) - Page 2 of 5

**Rignel Decl. Exhibit 1, Page 28**

| 1. | To (Name, Address, City, State, Zip Code)<br>Director Denise Pena and/or Officer/Person in Charge-<br>Multnomah County Department of Community Justice<br>c/o Multnomah County Attorney<br>501 SE Hawthorne Blvd Suite 500<br>Portland, Oregon 97214<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT<br>SUBPOENA (Continuation)**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|---|

Summons Number: HSI-PT-2025-070275-001

3.  Records required to be produced for inspection (continued)

The following applies if checked.

| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |
|---|---|

Pursuant to an official investigation being conducted by the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) regarding

Criminal Alien #6

it is requested your company/agency furnish the following regarding the above-listed individual:
1.      Documents sufficient to show the following:
a.      Home Address(es) during the period of supervision,
b.      Phone Number(s) during the period of supervision,
c.      Driver's License Number and State,
d.      Name of employer(s) during the period of supervision,
e.      Employment Address(es) during the period of supervision,
f.      Country of Birth, Place of Birth, Date of Birth
g.      Emergency Contact Number,
h.      Bail or bond records to include the obligor name and address

2.      Documents sufficient to show the underlying criminal charge relating to Criminal Alien #6 supervision, including but not limited to unredacted police reports, booking sheets, booking photos, probable cause statements, jail disciplinary records, or release agreements or release documents.

PLEASE SEND ALL RESPONSES TO: hsiportlandsubpoenaresponse@hsi.dhs.gov

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to hsiportlandsubpoenaresponse@hsi.dhs.gov.

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Group Supervisor C. Jones at U.S. Immigration and Customs Enforcement:  4310 South Macadam Ave. , Portland, OR, 97239

If you have questions, please contact Group Supervisor C. Jones at (503) 326-2649.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
ASAC Portland
Portland, OR

# Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Director Denise Pena and/or Officer/Person in Charge- Multnomah County Department of Community Justice c/o Multnomah County Attorney 501 SE Hawthorne Blvd Suite 500 Portland, Oregon 97214 United States 503-988-3138 | **Date:** | 8/04/2025 |
| | | **Service Methods:** | See Notes |
| | | **Carrier Fax:** | |
| | | **Carrier Email:** | |
| | | **Agent Phone:** | (503) 326-2649 |
| | | **Agent Email:** | hsiportlandsubpoenaresponse@hsi.dhs.gov |
| **From:** | C. Jones | | |

☐ **Urgent**    ☒ **Action**    ☐ **Concurrence**    ☐ **FYI**

**Comments:**

Attached is subpoena/summons #: HSI-PT-2025-070279-001

Please respond by 8/19/2025 10:00 AM PST



**U.S. Immigration and Customs Enforcement**

DHS Form I-138 (6/09) - Page 1 of 5

**Rignel Decl. Exhibit 1, Page 32**

| 1. To (Name, Address, City, State, Zip Code) | DEPARTMENT OF HOMELAND SECURITY |
|---|---|
| Director Denise Pena and/or Officer/Person in Charge-<br>Multnomah County Department of Community Justice<br>c/o Multnomah County Attorney<br>501 SE Hawthorne Blvd Suite 500<br>Portland, Oregon 97214<br>United States | **IMMIGRATION ENFORCEMENT<br>SUBPOENA**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |

Summons Number: HSI-PT-2025-070279-001

**2.** In Reference To

Criminal Alien #7

(Title of Proceeding)           (File Number, if Applicable)

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| **(A)** | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official names in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2. |
|---|---|---|
| **(B)** | ☒ | **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS official named in Block 3 at the place, date, and time specified. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | C. Jones<br>Group Supervisor<br>4310 South Macadam Ave.<br>Portland, OR 97239<br>United States | Telephone<br><br>(503) 326-2649<br>Fax | 8/19/2025 10:00 AM PST |

4. Records required to be produced for inspection

Please see attached continuation page.

| | 5. Authorized Official |
|---|---|
| | *Colin Jackson signature* |
| | (Signature) |
| | Colin Jackson |
| | (Printed Name) |
| If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official Identified in Block3. | Acting Special Agent in Charge |
| | (Title) |
| | 7/30/2025 6:59 PM EST |
| | (Date) |

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest



U.S. Immigration
and Customs
Enforcement

DHS Form I-138 (6/09) - Page 2 of 5

**Rignel Decl. Exhibit 1, Page 33**

| 1. | To (Name, Address, City, State, Zip Code) Director Denise Pena and/or Officer/Person in Charge-Multnomah County Department of Community Justice c/o Multnomah County Attorney 501 SE Hawthorne Blvd Suite 500 Portland, Oregon 97214 United States | DEPARTMENT OF HOMELAND SECURITY **IMMIGRATION ENFORCEMENT SUBPOENA (Continuation)** To Appear and/or Produce Records 8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|---|

Summons Number: HSI-PT-2025-070279-001

3.  Records required to be produced for inspection (continued)

The following applies if checked.

| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |
|---|---|

Pursuant to an official investigation being conducted by the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) regarding

Criminal Alien #7

it is requested your company/agency furnish the following regarding the above-listed individual:
1.      Documents sufficient to show the following:
a.      Home Address(es) during the period of supervision,
b.      Phone Number(s) during the period of supervision,
c.      Driver's License Number and State,
d.      Name of employer(s) during the period of supervision,
e.      Employment Address(es) during the period of supervision,
f.      Country of Birth, Place of Birth, Date of Birth
g.      Emergency Contact Number,
h.      Bail or bond records to include the obligor name and address

2.      Documents sufficient to show the underlying criminal charge relating to Criminal Alien #7      supervision, including but not limited to unredacted police reports, booking sheets, booking photos, probable cause statements, jail disciplinary records, or release agreements or release documents.

PLEASE SEND ALL RESPONSES TO: hsiportlandsubpoenaresponse@hsi.dhs.gov

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to hsiportlandsubpoenaresponse@hsi.dhs.gov.

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Group Supervisor C. Jones at U.S. Immigration and Customs Enforcement:  4310 South Macadam Ave. , Portland, OR, 97239

If you have questions, please contact Group Supervisor C. Jones at (503) 326-2649.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
ASAC Portland
Portland, OR

# Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Sheriff Nicholas Hunter and/or Officer/Person in Charge- Marion County Sheriff's Office Community Corrections Division c/o Marion County Legal Counsel 555 Court St NE, Suite 5242 Salem, Oregon 97301 United States 503-588-5220 | **Date:** | 8/01/2025 |
| | | **Service Methods:** | See Notes |
| | | **Carrier Fax:** | |
| | | **Carrier Email:** | |
| | | **Agent Phone:** | (503) 326-2649 |
| | | **Agent Email:** | hsiportlandsubpoenaresponse @hsi.dhs.gov |
| **From:** | C. Jones | | |

☐ **Urgent**      ☒ **Action**      ☐ **Concurrence**      ☐ **FYI**

**Comments:**

Attached is subpoena/summons #: HSI-PT-2025-070250-001

Please respond by 8/18/2025 10:00 AM PST



DHS Form I-138 (6/09) - Page 1 of 5

**Rignel Decl. Exhibit 1, Page 37**

| 1. To (Name, Address, City, State, Zip Code) | DEPARTMENT OF HOMELAND SECURITY |
|---|---|
| Sheriff Nicholas Hunter and/or Officer/Person in Charge-Marion County Sheriff's Office Community Corrections Division<br>c/o Marion County Legal Counsel<br>555 Court St NE, Suite 5242<br>Salem, Oregon 97301<br>United States | **IMMIGRATION ENFORCEMENT SUBPOENA**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |

| Summons Number: HSI-PT-2025-070250-001 |
|---|

**2.** In Reference To

| Criminal Alien #8 | | |
|---|---|---|
| (Title of Proceeding) | | (File Number, if Applicable) |

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| **(A)** | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official names in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2. |
|---|---|---|
| **(B)** | ☒ | **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS official named in Block 3 at the place, date, and time specified. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | Clifford Jones<br>Group Supervisor<br>4310 South Macadam Ave.<br>Portland, OR 97239<br>United States | Telephone<br><br>(503) 326-2649<br>Fax | 8/18/2025 10:00 AM PST |

| 4. Records required to be produced for inspection |
|---|
| Please see attached continuation page. |

| | 5. Authorized Official |
|---|---|
| <br><br><br>If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official Identified in Block3. | *Colin* (signature)<br>_____<br>(Signature)<br><br>Colin Jackson<br>_____<br>(Printed Name)<br><br>Acting Special Agent in Charge<br>_____<br>(Title)<br><br>7/30/2025 7:05 PM EST<br>_____<br>(Date) |

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest

U.S. Immigration
and Customs
Enforcement

DHS Form I-138 (6/09) - Page 2 of 5

| 1. To (Name, Address, City, State, Zip Code)<br>Sheriff Nicholas Hunter and/or Officer/Person in Charge-<br>Marion County Sheriff's Office Community Corrections<br>Division<br>c/o Marion County Legal Counsel<br>555 Court St NE, Suite 5242<br>Salem, Oregon 97301<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT<br>SUBPOENA (Continuation)**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|

Summons Number: HSI-PT-2025-070250-001

3.  Records required to be produced for inspection (continued)

The following applies if checked.

| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |
|---|---|

Pursuant to an official investigation being conducted by the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) regarding

Criminal Alien #8

it is requested your company/agency furnish the following regarding the above-listed individual:
1.      Documents sufficient to show the following:
a.      Home Address(es) during the period of supervision,
b.      Phone Number(s) during the period of supervision,
c.      Driver's License Number and State,
d.      Name of employer(s) during the period of supervision,
e.      Employment Address(es) during the period of supervision,
f.      Country of Birth, Place of Birth, Date of Birth
g.      Emergency Contact Number,
h.      Bail or bond records to include the obligor name and address

2.      Documents sufficient to show the underlying criminal charge relating to Criminal Alien #8 supervision, including but not limited to unredacted police reports, booking sheets, booking photos, probable cause statements, jail disciplinary records, or release agreements or release documents.

PLEASE SEND ALL RESPONSES TO: hsiportlandsubpoenaresponse@hsi.dhs.gov

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to hsiportlandsubpoenaresponse@hsi.dhs.gov.

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Group Supervisor C. Jones at U.S. Immigration and Customs Enforcement:  4310 South Macadam Ave. , Portland, OR, 97239

If you have questions, please contact Group Supervisor C. Jones at (503) 326-2649.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
ASAC Portland
Portland, OR

# Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Sheriff Nicholas Hunter and/or Officer/Person in Charge- Marion County Sheriff's Office Community Corrections Division c/o Marion County Legal Counsel 555 Court St NE, Suite 5242 Salem, Oregon 97301 United States 503-588-5220 | **Date:** | 8/01/2025 |
| | | **Service Methods:** | See Notes |
| | | **Carrier Fax:** | |
| | | **Carrier Email:** | |
| | | **Agent Phone:** | (503) 326-2649 |
| | | **Agent Email:** | hsiportlandsubpoenaresponse@hsi.dhs.gov |
| **From:** | C. Jones | | |

☐ **Urgent**　　☒ **Action**　　☐ **Concurrence**　　☐ **FYI**

**Comments:**

Attached is subpoena/summons #: HSI-PT-2025-070252-001

Please respond by 8/18/2025 10:00 AM PST



**Rignel Decl. Exhibit 1, Page 42**

| 1. To (Name, Address, City, State, Zip Code)<br>Sheriff Nicholas Hunter and/or Officer/Person in Charge-<br>Marion County Sheriff's Office Community Corrections<br>Division<br>c/o Marion County Legal Counsel<br>555 Court St NE, Suite 5242<br>Salem, Oregon 97301<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT<br>SUBPOENA**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|

| Summons Number: HSI-PT-2025-070252-001 |
|---|

**2.** In Reference To

Criminal Alien #9

(Title of Proceeding)                               (File Number, if Applicable)

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| **(A)** | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official names in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2. |
|---|---|---|
| **(B)** | ☒ | **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS official named in Block 3 at the place, date, and time specified. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | C. Jones<br>Group Supervisor<br>4310 South Macadam Ave.<br>Portland, OR 97239<br>United States | Telephone<br><br>(503) 326-2649<br>Fax | 8/18/2025 10:00 AM PST |

| 4. Records required to be produced for inspection<br><br>Please see attached continuation page. |
|---|

| <br><br>If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official Identified in Block3. | 5. Authorized Official<br><br>_Cahf_<br>_____<br>(Signature)<br><br>Colin Jackson<br>_____<br>(Printed Name)<br><br>Acting Special Agent in Charge<br>_____<br>(Title)<br><br>7/30/2025 7:01 PM EST<br>_____<br>(Date) |
|---|---|


Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest

U.S. Immigration
and Customs
Enforcement

DHS Form I-138 (6/09) - Page 2 of 5

**Rignel Decl. Exhibit 1, Page 43**



**Rignel Decl. Exhibit 1, Page 44**

| 1. | To (Name, Address, City, State, Zip Code)<br>Sheriff Nicholas Hunter and/or Officer/Person in Charge-<br>Marion County Sheriff's Office Community Corrections<br>Division<br>c/o Marion County Legal Counsel<br>555 Court St NE, Suite 5242<br>Salem, Oregon 97301<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT<br>SUBPOENA (Continuation)**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|---|

Summons Number: HSI-PT-2025-070252-001

3.  Records required to be produced for inspection (continued)

The following applies if checked.

| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |
|---|---|

Pursuant to an official investigation being conducted by the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) regarding

 Criminal Alien #9

it is requested your company/agency furnish the following regarding the above-listed individual:
1.      Documents sufficient to show the following:
a.      Home Address(es) during the period of supervision,
b.      Phone Number(s) during the period of supervision,
c.      Driver's License Number and State,
d.      Name of employer(s) during the period of supervision,
e.      Employment Address(es) during the period of supervision,
f.      Country of Birth, Place of Birth, Date of Birth
g.      Emergency Contact Number,
h.      Bail or bond records to include the obligor name and address

2.      Documents sufficient to show the underlying criminal charge relating to Criminal Alien #9 supervision, including but not limited to unredacted police reports, booking sheets, booking photos, probable cause statements, jail disciplinary records, or release agreements or release documents.

PLEASE SEND ALL RESPONSES TO: hsiportlandsubpoenaresponse@hsi.dhs.gov

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to hsiportlandsubpoenaresponse@hsi.dhs.gov.

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Group Supervisor C. Jones at U.S. Immigration and Customs Enforcement:  4310 South Macadam Ave. , Portland, OR, 97239

If you have questions, please contact Group Supervisor C. Jones at (503) 326-2649.


U.S. Immigration
and Customs
Enforcement

DHS Form I-138 (6/09) - Page 4 of 5

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**





*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
ASAC Portland
Portland, OR

# Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Sheriff Nicholas Hunter and/or Officer/Person in Charge- Marion County Sheriff's Office Community Corrections Division c/o Marion County Legal Counsel 555 Court St NE, Suite 5242 Salem, Oregon 97301 United States 503-588-5220 | **Date:** | 8/1/2025 |
| | | **Service Methods:** | See Notes |
| | | **Carrier Fax:** | |
| | | **Carrier Email:** | |
| | | **Agent Phone:** | (503) 326-2649 |
| | | **Agent Email:** | hsiportlandsubpoenaresponse@hsi.dhs.gov |
| **From:** | C. Jones | | |

☐ **Urgent**   ☒ **Action**   ☐ **Concurrence**   ☐ **FYI**

**Comments:**

Attached is subpoena/summons #: HSI-PT-2025-070257-001

Please respond by 8/18/2025 10:00 AM PST



**U.S. Immigration and Customs Enforcement**

DHS Form I-138 (6/09) - Page 1 of 5

**Rignel Decl. Exhibit 1, Page 47**

| 1. To (Name, Address, City, State, Zip Code)<br>Sheriff Nicholas Hunter and/or Officer/Person in Charge-<br>Marion County Sheriff's Office Community Corrections<br>Division<br>c/o Marion County Legal Counsel<br>555 Court St NE, Suite 5242<br>Salem, Oregon 97301<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT<br>SUBPOENA**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|

| Summons Number: HSI-PT-2025-070257-001 |
|---|

**2.** In Reference To

| Criminal Alien #10 | |
|---|---|
| (Title of Proceeding) | (File Number, if Applicable) |

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| **(A)** | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official names in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2. |
|---|---|---|
| **(B)** | ☒ | **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS official named in Block 3 at the place, date, and time specified. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | C. Jones<br>Group Supervisor<br>4310 South Macadam Ave.<br>Portland, OR 97239<br>United States | Telephone<br><br>(503) 326-2649<br>Fax | 8/18/2025 10:00 AM PST |

| 4. Records required to be produced for inspection<br><br>Please see attached continuation page. |
|---|

| <br><br>If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official Identified in Block 3. | 5. Authorized Official<br><br>Colin Jackson<br>_____<br>(Signature)<br><br>Colin Jackson<br>_____<br>(Printed Name)<br><br>Acting Special Agent in Charge<br>_____<br>(Title)<br><br>7/30/2025 7:06 PM EST<br>_____<br>(Date) |
|---|---|

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest


U.S. Immigration
and Customs
Enforcement

DHS Form I-138 (6/09) - Page 2 of 5

| 1. | To (Name, Address, City, State, Zip Code)<br>Sheriff Nicholas Hunter and/or Officer/Person in Charge-<br>Marion County Sheriff's Office Community Corrections<br>Division<br>c/o Marion County Legal Counsel<br>555 Court St NE, Suite 5242<br>Salem, Oregon 97301<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT<br>SUBPOENA (Continuation)**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|---|

Summons Number: HSI-PT-2025-070257-001

3. Records required to be produced for inspection (continued)

The following applies if checked.

| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |
|---|---|

Pursuant to an official investigation being conducted by the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) regarding

Criminal Alien #10

it is requested your company/agency furnish the following regarding the above-listed individual:
1.     Documents sufficient to show the following:
a.     Home Address(es) during the period of supervision,
b.     Phone Number(s) during the period of supervision,
c.     Driver's License Number and State,
d.     Name of employer(s) during the period of supervision,
e.     Employment Address(es) during the period of supervision,
f.     Country of Birth, Place of Birth, Date of Birth
g.     Emergency Contact Number,
h.     Bail or bond records to include the obligor name and address

2.     Documents sufficient to show the underlying criminal charge relating to Criminal Alien #10 supervision, including but not limited to unredacted police reports, booking sheets, booking photos, probable cause statements, jail disciplinary records, or release agreements or release documents.

PLEASE SEND ALL RESPONSES TO: hsiportlandsubpoenaresponse@hsi.dhs.gov

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to hsiportlandsubpoenaresponse@hsi.dhs.gov

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Group Supervisor C. Jones at U.S. Immigration and Customs Enforcement: 4310 South Macadam Ave. , Portland, OR, 97239

If you have questions, please contact Group Supervisor C. Jones at (503) 326-2649.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**