CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on  7/31/2025 , I served this subpoena on the witness named in Block 1 in the following manner:
(Date)

In person - Subpoena #: HSI-PT-2025-070239-001
(Details of how service was effected)

_C._____ (Signature of Official Serving Subpoena)

C. Jones
(Printed Name of Official Serving Subpoena)

Acting Assistant Special Agent in Charge
(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature: Jon Klaus

Title: Office Manager

Date: 7/31/25

Time: 3:50  ☐ a.m.  ☒ p.m.

DHS Form I-138 (6/09)

**Rignel Decl. Exhibit 2, Page 1**

## CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on __7/31/2025__, I served this subpoena on the witness named in Block 1 in the following manner:
(Date)

__In person - Subpoena #: HSI-PT-2025-070245-001__
(Details of how service was effected)

__C. J.__
(Signature of Official Serving Subpoena)

__C. Jones__
(Printed Name of Official Serving Subpoena)

__Acting Assistant Special Agent in Charge__
(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature: _[signature]_

Title: __Office Manager__

Date: __7/31/25__

Time: __3:57__ ☐ a.m. ☒ p.m.

DHS Form I-138 (6/09)

**Rignel Decl. Exhibit 2, Page 2**

## CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on __7/31/2025__, I served this subpoena on the witness named in Block 1 in the following manner:
(Date)

__In person - Subpoena #: HSI-PT-2025-070506-001__
(Details of how service was effected)

__[signature]__
(Signature of Official Serving Subpoena)

__Clifford Jones__
(Printed Name of Official Serving Subpoena)

__Acting Assistant Special Agent in Charge__
(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature __[signature]__

Title __Paralegal__

Date __7/31/25__    Time __6:11__    ☐ a.m. ☒ p.m.

CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on ___8/4/2025___, I served this subpoena on the witness named in Block 1 in the following manner:
(Date)

In person - Subpoena number: HSI-PT-2025- 070271-001

_____
(Details of how service was effected)

_C. Jones (signature)_
(Signature of Official Serving Subpoena)

C. Jones
(Printed Name of Official Serving Subpoena)

Acting Assistant Special Agent in Charge (ASAC)
(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature: _Amy Bedall (signature)_

Title: Paralegal

Date: 8/4/25

Time: 2:38 ☒ p.m.  ☐ a.m.

DHS Form I-138 (6/09)

**Rignel Decl. Exhibit 2, Page 4**

## CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on 8/4/2025 (Date), I served this subpoena on the witness named in Block 1 in the following manner:

In person - Subpoena number: HSI-PT-2025-070270-001

(Details of how service was effected)

_C. [signature]_
(Signature of Official Serving Subpoena)

C. Jones
(Printed Name of Official Serving Subpoena)

Acting Assistant Special Agent in Charge (ASAC)
(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature: _Amy [signature]_

Title: Paralegal

Date: 8/4/25

Time: 2:39 ☒ p.m.

DHS Form I-138 (6/09)

Rignel Decl. Exhibit 2, Page 5

## CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on ___8/4/2025___, I served this subpoena on the witness named in Block 1 in the following manner:
(Date)

In person - Subpoena number: HSI-PT-2025- 070275-001

_____
(Details of how service was effected)

_C. J_____
(Signature of Official Serving Subpoena)

C. Jones
(Printed Name of Official Serving Subpoena)

Acting Assistant Special Agent in Charge (ASAC)
(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature: [signature]

Title: Paralegal

Date: 8/4/25

Time: 2:40 ☒ p.m.

DHS Form I-138 (6/09)

**Rignel Decl. Exhibit 2, Page 6**

## CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on __8/4/2025__ (Date), I served this subpoena on the witness named in Block 1 in the following manner:

In person - Subpoena number: HSI-PT-2025- 070279-001

_(Details of how service was effected)_

_C. Jn_ (Signature of Official Serving Subpoena)

C. Jones
(Printed Name of Official Serving Subpoena)

Acting Assistant Special Agent in Charge (ASAC)
(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature: _Amy Bedell_

Title: Paralegal

Date: 8/4/25

Time: 2:40 ☒ p.m.

DHS Form I-138 (6/09)

**Rignel Decl. Exhibit 2, Page 7**

## CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on ___8/1/2025___, I served this subpoena on the witness named in Block 1 in the following manner:
(Date)

In person - Subpoena number: HSI-PT-2025- 070252-001
_____
(Details of how service was effected)

_C. J_____
(Signature of Official Serving Subpoena)

C. Jones
_____
(Printed Name of Official Serving Subpoena)

Acting Assistant Special Agent in Charge (ASAC)
_____
(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature: [signed]

Title: ADMIN SERVICES MANAGER

Date: 8/1/25

Time: 1:43 ☒ p.m.

ANDREA NOSZIGER

DHS Form I-138 (6/09)

## CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on  8/1/2025 , I served this subpoena on the witness named in Block 1 in the following manner:
(Date)

In person - Subpoena number: HSI-PT-2025-070250-001

(Details of how service was effected)

_C. J___ (signature)
(Signature of Official Serving Subpoena)

C. Jones
(Printed Name of Official Serving Subpoena)

Acting Assistant Special Agent in Charge (ASAC)
(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature: _[signature]_

Title: ADMIN SERVICES MANAGER

Date: 8/1/25

Time: 1:43 ☑ p.m.

DHS Form I-138 (6/09)

**Rignel Decl. Exhibit 2, Page 9**

## CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on __8/1/2025__ (Date), I served this subpoena on the witness named in Block 1 in the following manner:

__In person  Subpoena Number: HSI-PT-2025-070257-001__
(Details of how service was effected)

__C. [signature]__
(Signature of Official Serving Subpoena)

__C. JONES__
(Printed Name of Official Serving Subpoena)

__Acting Assistant Special Agent in Charge (ASAC) HSI Portland, OR__
(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature: [signature]

Title: Office Specialist

Date: 8-1-25

Time: 1:42 ☐ a.m. ☑ p.m.

DHS Form I-138 (6/09)

**Rignel Decl. Exhibit 2, Page 10**