CLACKAMAS
COUNTY

OFFICE OF COUNTY COUNSEL

PUBLIC SERVICES BUILDING

2051 KAEN ROAD | OREGON CITY, OR 97045

**Billy J. Williams**
County Counsel

**Scott C. Ciecko**
**Amanda Keller**
**Shawn Lillegren**
**Jeffrey D. Munns**
**Sarah Foreman**
**Caleb Huegel**
**Angela Hajihashemi**
**Joseph Lucas**
**Ryan Hammond**
Assistants

August 7, 2025

U.S. Department of Homeland Security
Attn: Colin Jackson and C. Jones
4310 South Macadam Ave.,
Portland, Oregon 97239
hsiportlandsubpoenaresponse@hsi.dhs.gov

Subject: DHS administrative subpoenas served July 31
Subpoena nos. HSI-PT-2025-070239-001 &
HSI-PT-2025-070245-001

Dear Mr. Jackson and Mr./Ms. Jones:

The County and Sheriff Angela Brandenburg are in receipt of the above referenced administrative subpoenas. Pursuant to ORS 181A.820 through .826, the County and the Sheriff are required to decline the requests, and can only produce responsive information upon receipt of a judicially issued subpoena.

If you have any questions, please contact me at your convenience.

Sincerely,

Scott Ciecko
Sr. Legal Counsel

cc: Sheriff Brandenburg
Oregon Criminal Justice Commission - contact@cjc.oregon.gov



P. 503.655.8362 F. 503.742.5397 WWW.CLACKAMAS.US

**From:** Alex Barnett <Alex_Barnett@washingtoncountyor.gov>
**To:** "HSIPortlandSubpoenaResponse," <HSIPortlandSubpoenaResponse@hsi.dhs.gov>
**Subject:** Immigration Enforcement Subpoenas [redacted] HSI-PT-2025-070506-001, [redacted]
**Date:** Wed, 13 Aug 2025 23:21:08 +0000
**Importance:** Normal
**Attachments:** [redacted] -

---

You don't often get email from alex_barnett@washingtoncountyor.gov. Learn why this is important

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Acting SAC Jackson:
On July 31, 2025, your agency served the above-referenced (and attached) Immigration Enforcement Subpoenas directed to “Director Nathan Gaoiran and/or Officer/Person in Charge, Washington County Community Corrections Probation and Parole c/o Washington County Counsel” for information related to three individuals under supervision. Pursuant to ORS 181A.820 to 826, the County is required by Oregon law to decline the requests and can only produce responsive information on receipt of a judicially issued subpoena.
Please feel free to contact me if you have any questions about this.
Sincerely,
Alex Barnett
County Counsel, Washington County
155 N First Avenue, Suite 250
Hillsboro, OR 97124-3072

**Confidentiality Notice**: This message, including any of its attachments, is intended for the sole use of the person to whom it is addressed. Its contents may be privileged, confidential or exempt from public disclosure. If you are neither the intended addressee nor a person authorized to receive messages for the intended addressee, you may not use, copy, disclose, distribute or disseminate this message or any information contained in it. If you have received this message in error, please advise the sender by reply email and then destroy all copies of this message and the reply email. Thank you.

---

PUBLIC RECORDS LAW DISCLOSURE

This e-mail is a public record of Washington County and is subject to public disclosure unless exempt from disclosure under Oregon Public Records Law. This email is subject to the State Retention Schedule.

**INFO:** Washington County email address has changed from @co.washington.or.us to @washingtoncountyor.gov. Please update my contact information.




# OFFICE OF MULTNOMAH COUNTY ATTORNEY

JENNY M. MADKOUR
*County Attorney*

KATHRYN A. SHORT
*Deputy County Attorney*

B. ANDREW JONES
*Deputy County Attorney*
*Litigation Manager*

501 S.E. HAWTHORNE, SUITE 500
PORTLAND, OREGON 97214

FAX 503.988.3377
503.988.3138

NICK BALDWIN-SAYRE
ASHLEY BANNON MOORE
CARLOS J. CALANDRIELLO
CHRISTOPHER A. GILMORE
WILLIAM H. GLASSON
CINDY L. HAHN
JON HIMES
ANDREW MACKENDRICK
LOUISA H. MCINTYRE
CARLOS A. RASCH
VERONICA R. RODRIGUEZ
ROBERT E. SINNOTT
JONATHAN P. STRAUHULL
KATHERINE C. THOMAS
JED R. TOMKINS
ANDREW T. WEINER
*Assistants*

August 18, 2025

***Via Email only to hsiportlandsubpoenaresponse@hsi.dhs.gov***

**C. Jones**
**Group Supervisor**
**4310 South Macadam Ave**
**Portland, OR 97239**

Re: Criminal Alien #4 HSI-PT-2025-070270-001

Dear Group Supervisor Jones,

I hope you are well. The Department of Community Justice is declining the request referred to above as required under ORS 181A.826.

Regards,

*/s/ Louisa McIntyre*
Louisa McIntyre
Assistant County Attorney
Multnomah County Attorney's Office
501 SE Hawthorne Blvd., Ste. 500
Portland, OR 97214




# OFFICE OF MULTNOMAH COUNTY ATTORNEY

JENNY M. MADKOUR
*County Attorney*

KATHRYN A. SHORT
*Deputy County Attorney*

B. ANDREW JONES
*Deputy County Attorney*
*Litigation Manager*

501 S.E. HAWTHORNE, SUITE 500
PORTLAND, OREGON 97214

FAX 503.988.3377
503.988.3138

NICK BALDWIN-SAYRE
ASHLEY BANNON MOORE
CARLOS J. CALANDRIELLO
CHRISTOPHER A. GILMORE
WILLIAM H. GLASSON
CINDY L. HAHN
JON HIMES
ANDREW MACKENDRICK
LOUISA H. MCINTYRE
CARLOS A. RASCH
VERONICA R. RODRIGUEZ
ROBERT E. SINNOTT
JONATHAN P. STRAUHULL
KATHERINE C. THOMAS
JED R. TOMKINS
ANDREW T. WEINER
*Assistants*

August 18, 2025

***Via Email only to hsiportlandsubpoenaresponse@hsi.dhs.gov***

**C. Jones**
**Group Supervisor**
**4310 South Macadam Ave**
**Portland, OR 97239**

Re: Criminal Alien #5 HSI-PT-2025-070271-001

Dear Group Supervisor Jones,

I hope you are well. The Department of Community Justice is declining the request referred to above as required under ORS 181A.826.

Regards,

*/s/ Louisa McIntyre*
Louisa McIntyre
Assistant County Attorney
Multnomah County Attorney's Office
501 SE Hawthorne Blvd., Ste. 500
Portland, OR 97214




# OFFICE OF MULTNOMAH COUNTY ATTORNEY

JENNY M. MADKOUR
*County Attorney*

KATHRYN A. SHORT
*Deputy County Attorney*

B. ANDREW JONES
*Deputy County Attorney*
*Litigation Manager*

501 S.E. HAWTHORNE, SUITE 500
PORTLAND, OREGON 97214

FAX 503.988.3377
503.988.3138

NICK BALDWIN-SAYRE
ASHLEY BANNON MOORE
CARLOS J. CALANDRIELLO
CHRISTOPHER A. GILMORE
WILLIAM H. GLASSON
CINDY L. HAHN
JON HIMES
ANDREW MACKENDRICK
LOUISA H. MCINTYRE
CARLOS A. RASCH
VERONICA R. RODRIGUEZ
ROBERT E. SINNOTT
JONATHAN P. STRAUHULL
KATHERINE C. THOMAS
JED R. TOMKINS
ANDREW T. WEINER
*Assistants*

August 18, 2025

***Via Email only to hsiportlandsubpoenaresponse@hsi.dhs.gov***

**C. Jones**
**Group Supervisor**
**4310 South Macadam Ave**
**Portland, OR 97239**

Re: Criminal Alien #6 HSI-PT-2025-070275-001

Dear Group Supervisor Jones,

I hope you are well. The Department of Community Justice is declining the request referred to above as required under ORS 181A.826.

Regards,

/s/ Louisa McIntyre
Louisa McIntyre
Assistant County Attorney
Multnomah County Attorney's Office
501 SE Hawthorne Blvd., Ste. 500
Portland, OR 97214




# OFFICE OF MULTNOMAH COUNTY ATTORNEY

JENNY M. MADKOUR
*County Attorney*

KATHRYN A. SHORT
*Deputy County Attorney*

B. ANDREW JONES
*Deputy County Attorney*
*Litigation Manager*

501 S.E. HAWTHORNE, SUITE 500
PORTLAND, OREGON 97214

FAX 503.988.3377
503.988.3138

NICK BALDWIN-SAYRE
ASHLEY BANNON MOORE
CARLOS J. CALANDRIELLO
CHRISTOPHER A. GILMORE
WILLIAM H. GLASSON
CINDY L. HAHN
JON HIMES
ANDREW MACKENDRICK
LOUISA H. MCINTYRE
CARLOS A. RASCH
VERONICA R. RODRIGUEZ
ROBERT E. SINNOTT
JONATHAN P. STRAUHULL
KATHERINE C. THOMAS
JED R. TOMKINS
ANDREW T. WEINER
*Assistants*

August 18, 2025

***Via Email only to hsiportlandsubpoenaresponse@hsi.dhs.gov***

**C. Jones**
**Group Supervisor**
**4310 South Macadam Ave**
**Portland, OR 97239**

Re: Criminal Alien #7 HSI-PT-2025-070279-001

Dear Group Supervisor Jones,

I hope you are well. The Department of Community Justice is declining the request referred to above as required under ORS 181A.826.

Regards,

/s/ Louisa McIntyre
Louisa McIntyre
Assistant County Attorney
Multnomah County Attorney's Office
501 SE Hawthorne Blvd., Ste. 500
Portland, OR 97214