**Scott C. Ciecko**, OSB No. 045587
Assistant County Counsel
sciecko@clackamas.us
Office of Clackamas County Counsel
2051 Kaen Road
Oregon City, OR  97045-1819
Phone:  503-655-8362
Fax:  503-742-5397
Of Attorneys for Clackamas County
Respondents

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>MULTNOMAH COUNTY DEPARTMENT OF COMMUNITY JUSTICE; et al.,<br><br>Respondents. | Case No. 3:25-cv-01784-JR<br><br>**CLACKAMAS RESPONDENTS' ANSWER TO PETITION TO ENFORCE ADMINISTRATIVE SUBPOENAS** |

Comes now respondents Clackamas County Sheriff, Angela Brandenberg, and Clackamas County Sheriff's Office of Parole and Probation (collectively "Clackamas Respondents"), by and through counsel, offering this answer to the Petition to Enforce Administrative Subpoenas.

Regarding the allegations in paragraph 2, Clackamas Respondents admit that on or about the date alleged they were served with two administrative subpoenas by the United States Department of Homeland Security.

Page 1     CLACKAMAS RESPONDENTS' ANSWER TO PETITION TO ENFORCE
           ADMINISTRATIVE SUBPOENAS

Regarding paragraph 4, Clackamas Respondents admit that they were unable to provide the information sought by the administrative subpoenas because Oregon law prohibits them from producing such information absent a judicial subpoena or order.

Regarding paragraphs 6 and 7, Clackamas Respondents admit that this Court has jurisdiction to decide the matter at issue and that venue is appropriate.

To the extent the petition contains legal argument and conclusions, no admission or denial is required, and Clackamas Respondents do not intend to offer any legal argument in this proceeding.

Clackamas Respondents currently lack knowledge or information sufficient to form a belief about the truth of the remainder of the allegations in the petition—specifically the allegations about HSI investigations or the subject(s) thereof, and the allegations pertaining to other respondents to this action.

Clackamas Respondents have no legal interest in the outcome of this petition, defer to any ruling reached by this Court, and will comply with any order that is issued.

Dated this 21st day of October 2025.

    BILLY J. WILLIAMS
    CLACKAMAS COUNTY COUNSEL

    <u>s/ Scott C. Ciecko</u>
    Scott C. Ciecko, OSB No. 045587
    Assistant County Counsel
    E-mail:  sciecko@clackamas.us
    Of Attorneys for Clackamas County
    Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on this date I filed a true copy of the foregoing COUNTY CLACKAMAS RESPONDENTS' ANSWER TO PETITION TO ENFORCE ADMINISTRATIVE SUBPOENAS with the court's electronic filing system, which will serve copies on all counsel of record.

Dated this 21st day of October 2025.

           BILLY J. WILLIAMS
           CLACKAMAS COUNTY COUNSEL

             s/ Scott C. Ciecko
           Scott C. Ciecko, OSB No. 045587
           Assistant County Counsel
           E-mail: sciecko@clackamas.us
           Of Attorneys for Clackamas County
           Respondents