IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>MULTNOMAH COUNTY DEPARTMENT OF COMMUNITY JUSTICE; DENISE PEÑA, Director, Multnomah County Department of Community Justice; CLACKAMAS COUNTY SHERIFF ANGELA BRANDENBURG; CLACKAMAS COUNTY SHERIFF'S OFFICE PAROLE & PROBATION DIVISION; SHERIFF NICHOLAS HUNTER, Marion County Sheriff's Office Community Corrections Division; MARION COUNTY SHERIFF'S OFFICE, COMMUNITY CORRECTIONS DIVISION; NATHAN GAOIRAN, Director, Washington County Community Corrections Probation & Parole; WASHINGTON COUNTY COMMUNITY CORRECTIONS PROBATION & PAROLE;<br><br>　　　　　　Respondents. | Case No. 3:25-cv-01784-MC<br><br>ORDER |

　　This matter is before the undersigned upon the petition for enforcement of administrative subpoenas filed by the United States of America.

　　The Court has examined each of the administrative subpoenas at issue in this case to determine whether they are enforceable under 8 U.S.C. § 1225(d)(4) and *United States*

*v. Morton Salt*, 338 U.S. 632 (1950). The Court finds the administrative subpoenas are valid and the information they request is subject to production under § 1225(d)(4).

Under 8 U.S.C. § 1225(d)(4)(B), and based upon the petition and responses filed by the parties, and all the records herein, **IT IS HEREBY ORDERED THAT:**

1. The Petition for Enforcement of Administrative Subpoenas, ECF No. 1, is **GRANTED**;

2. That Respondents comply with the administrative subpoenas within twenty-one (21) days of the date of this Order and produce responsive documents within their custody and control. If the information and/or documents are not within their custody and control, Respondents will serve on Petitioner an appropriate custodial declaration.

IT IS SO ORDERED.

DATED this 24th day of November 2025.

                                                      s/Michael J. McShane
                                                    Michael J. McShane
                                            United States District Judge